**Opinion issued August 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00315-CV

————————————

**HARRIS COUNTY APPRAISAL DISTRICT, Appellant**

**V.**

**TEXAS WORKFORCE COMMISSION AND JIMMY MORENO, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-25985**

---

## MEMORANDUM OPINION

Appellant, Harris County Appraisal District ("HCAD"), has filed a motion to dismiss the appeal. Appellee Texas Workforce Commission has filed a response in opposition to HCAD's motion to dismiss, arguing that this appeal should not be dismissed because resolution of this appeal on the merits "is likely dispositive of"

14 cases currently pending in the trial courts and would therefore "serve the purpose of judicial economy."[1] The Commission, however, did not file a notice of appeal, nor does it contend that it is seeking any relief from the trial court's judgment in this case. *See* TEX. R. APP. P. 25.1(c), 26.1(a), (d), 42.1(a)(1).

The motion complies with Rule 42.1. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.

---

[1] Texas Workforce Commission also objects to HCAD's motion based on HCAD's failure to confer with the Commission prior to filing the motion. *See* TEX. R. APP. P. 10.1(a)(5). This objection does not, however, provide a substantive basis for denying the motion.